BUCKINGHAM *v.* JONES.

(Division B.   May 20, 1929.)

[122 So. 531.   No. 27955.]

*G. H. McMorrough,* of Lexington, for appellant.

*W. E. Morse,* of Jackson, and *S. E. Morse,* of Gulfport, for appellant.

* *Boothe & Pepper,* of Lexington, for appellee.

PER CURIAM. The decree appealed from is a final decree (*McCullum* v. *M. C. & Johnnie Dillard* [Miss.], 119 So. 180; *Moore* v. *Evans,* 98 Miss. 855, 54 So. 438), and the motion to dismiss must be overruled.

*Overruled.*